IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROSENDO DIAZ, Individually and On Behalf of All Other Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO.: 4:12-cv-00075 |
| RIO GRANDE MEXICAN RESTAURANTS, INC.; RAFAELA RIVERA and MICHAEL RIVERA | § § § § § | JURY DEMANDED |
| Defendants. | § § | |

## ORDER APPROVING SETTLEMENT

On this date, the Court considered the parties' Joint Motion for Approval of Settlement. The Court, noting that the parties have agreed upon the terms and conditions of the Settlement Agreement and that the parties have stipulated that settlement is in the best interests of the Plaintiff Rosendo Diaz, Individually and On Behalf of All Others Similarly Situated and Defendants Rio Grande Mexican Restaurants, Inc., Rafaela Rivera and Michael Rivera., finds as follows:

It is hereby ORDERED that the Settlement Agreement entered into by the parties in the above-captioned case is hereby APPROVED and this case is DISMISSED WITH PREJUDICE.

SIGNED this 18th day of June, 2012.

**UNITED STATES DISTRICT JUDGE**

5